```
Court Name: Southern District of Indiana
Division: 1
Receipt Number: IP033185
Cashier ID: dhabing
Transaction Date: 12/06/2012
Payer Name: HUME SMITH GEDDES GREEN SIMM
ON

CIVIL FILING FEE
 For: HUME SMITH GEDDES GREEN SIMMON
 Case/Party: D-INS-1-12-CV-001786-001
 Amount:         $350.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 31042
 Amt Tendered: $350.00

Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

1:12-cv-1786-RLY-TAB


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53.00 fee
will be charged for a returned
check."
```